## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 18-80382-cv-Middlebrooks/Brannon

MARIE LANGE,

    Plaintiff,

vs.

AARGON AGENCY, INC.,

    Defendant.

_____/

### STIPULATION FOR FINAL ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the Plaintiff files this stipulation of Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

Respectfully submitted on May 18, 2018 by:

    /s/Anthony C. Norman_____
    Anthony C. Norman, Esq.
    Florida Bar No.: 112105
    Anthony@fight13.com
    Loan Lawyers, LLC
    2150 S. Andrews Ave., 2nd Floor
    Ft. Lauderdale, FL 33316
    Telephone: (954) 523-4357
    Facsimile: (954) 581-2786
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 18, 2018, a true and correct copy of the foregoing was forwarded via E-mail to: Eric W. Neilsen of Neilsen Law Group, P.A., eneilsen@neilsenlawgroup.com.

By: */s/Anthony C. Norman*
Anthony C. Norman, Esq.
Florida Bar No. 112105